ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
California Bar Number 229637
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    E-mail: Valerie.makarewicz@usdoj.gov
Attorneys for United States of America



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DERL BROWN,<br><br>    Defendant. | Case No. CV13-6513 PA (ASx)<br><br>[~~PROPOSED~~] ORDER TO SHOW CAUSE<br><br>NOTE CHANGES MADE BY THE COURT.<br><br> |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summonses. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose,

1 | 131 F.3d 1325, 1327 (9th Cir. 1997); <u>Fortney v. United States</u>, 59 F.3d 117, 119-
2 | 120 (9th Cir. 1995) (the Government's prima facie case is typically made through
3 | the sworn declaration of the IRS agent who issued the summons); <u>accord</u>, <u>United</u>
4 | <u>States v. Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).
5 |     THEREFORE, IT IS ORDERED that Respondent appear before this District
6 | Court of the United States for the Central District of California in Courtroom No.
7 | *15*,
8 | ✓ United States Courthouse
9 |     312 North Spring Street,
10 |    Los Angeles, California 90012
11 |
12 | _____ Roybal Federal Building and United States Courthouse
13 |    255 E. Temple Street,
14 |    Los Angeles, California 90012
15 |
16 | _____ Ronald Reagan Federal Building and United States Courthouse
17 |    411 West Fourth Street,
18 |    Santa Ana, California 92701
19 |
20 | _____ Brown Federal Building and United States Courthouse
21 |    3470 Twelfth Street, Riverside, California 92501
22 | on **November 4, 2013**, at *1:30 p*.M,
23 | and show cause why the testimony and production of books, papers, records and
24 | other data demanded in the subject Internal Revenue Service summonses should
25 | not be compelled.
26 |     IT IS FURTHER ORDERED that copies of this Order, the Petition,
27 | Memorandum of Points and Authorities, and accompanying Declaration be served
28 | promptly upon Respondent by any employee of the Internal Revenue Service or by

1 the United States Attorney's Office, by personal delivery, or by leaving copies of
2 each of the foregoing documents at the Respondent's dwelling or usual place of
3 abode with someone of suitable age and discretion who resides there, or by
4 certified mail. *no later than September 17, 2013.*
5       IT IS FURTHER ORDERED that ~~within ten (10) days after service upon~~ *no later than October 14, 2013,*
6 ~~Respondent of the herein described document~~s, Respondent shall file and serve a
7 written response, supported by appropriate sworn statements, as well as any
8 desired motions. If, prior to the return date of this Order, Respondent files a
9 response with the Court stating that Respondent does not desire to oppose the relief
10 sought in the Petition, nor wish to make an appearance, then the appearance of
11 Respondent at any hearing pursuant to this Order to Show Cause is excused, and
12 Respondent shall be deemed to have complied with the requirements of this Order.
13 \\\
14 \\\
15 \\\
16 \\\
17 \\\
18 \\\
19 \\\
20 \\\
21 \\\
22 \\\
23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28 \\\

1   IT IS FURTHER ORDERED that all motions and issues raised by the
2   pleadings will be considered on the return date of this Order. Only those issues
3   raised by motion or brought into controversy by the responsive pleadings and
4   supported by sworn statements ~~filed within ten (10) days after service of the herein~~
5   ~~described documents~~ will be considered by the Court. All allegations in the
6   Petition not contested by such responsive pleadings or by sworn statements will be
7   deemed admitted.

DATED: This 9th day of September, 2013

_____
United States District Judge

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____ 9/4/13
Valerie L. Makarewicz
Assistant United States Attorney
Attorneys for the United States of America